**Order filed October 5, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00308-CV

———————

### LINDA J. TREZVANT, Appellant

### V.

### STEVE ZAMPRELLI AND KIMBERLY ZAMPRELLI, Appellees

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1165967**

## ORDER

Appellant's brief was due August 5, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **October 19, 2021**, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.